UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>                         Plaintiff,<br><br>     v.<br><br>FBS TIRE RECYCLING, INC.,<br><br>                         Defendants. | Case No. 1:23-cv-10778<br><br>**COMPLAINT** |

## INTRODUCTION

1.      Without complying with its federally issued industrial stormwater discharge permit, defendant FBS Tire Recycling, Inc. ("FBS" or the "Company") has discharged polluted industrial stormwater from its eight-acre tire recycling facility at 50 Berkshire Boulevard, Ayer, Massachusetts ("Main Facility") into a tributary connected to Bennetts Brook ("Bennetts Brook Tributary") since January 2018. During the same period, FBS has impermissibly discharged polluted stormwater into the Bennetts Brook Tributary from an adjacent lot to the northwest on which FBS stores additional scrap material, containers, and vehicles ("Northwest Annex"). The two parcels together are referred to herein as the "FBS Facility."

2.      FBS's own sampling shows that stormwater from the Main Facility contains amounts of lead, zinc, aluminum, iron, copper, chemical oxygen demand ("COD"), and total suspended solids ("TSS") many times higher than benchmark standards established by the United States Environmental Protection Agency ("EPA"). Excessive heavy metals in runoff pose a long-term threat to aquatic ecosystems, the food chain, and human health. Once introduced into the

aquatic environment, lead and other heavy metals such as zinc, aluminum, iron, and copper will mix in the water column, settle into sediments, or be consumed by biota. Heavy metals are readily dissolved in water, making them easily absorbed by aquatic organisms such as fish and invertebrates. Excessive levels of heavy metals in the aquatic environment can disturb organisms' growth, metabolism, and reproduction. High levels of COD, a measurement of organic matter in water, can lower the availability of oxygen in the water and can impair or even asphyxiate aquatic organisms. Hight TSS levels in water can cause numerous impacts to aquatic species, including blocking light from photosynthesizing plants and destroying habitat.

3.      FBS has not monitored or controlled stormwater discharges from the Northwest Annex. FBS is not complying with the federal Clean Water Act. 33 U.S.C. §§ 1251–1387 (the "Clean Water Act" or "the Act") and the terms of EPA's general industrial stormwater permit ("Stormwater Permit").

4.      The Commonwealth brings this civil suit to enforce the requirements of the Act. The Commonwealth seeks injunctive relief, civil penalties, and other relief the Court deems appropriate to redress FBS's illegal discharges of pollution.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the parties and the subject matter of this action pursuant to Section 505(a)(1)(A) of the Act, 33 U.S.C. § 1365(a)(1)(A), and 28 U.S.C. § 1331 (an action arising under the laws of the United States).

6.      On March 15, 2023, the Commonwealth provided notice of FBS's violations of the Clean Water Act, and of its intention to file suit against FBS (the "Notice Letter"), to the Administrator of EPA; the Administrator of EPA Region 1; the Commissioner of the

Massachusetts Department of Environmental Protection ("MassDEP"); and to FBS as required by the Act, 33 U.S.C. § 1365(b)(1)(A).

7.     More than sixty days have passed since notice was served.

8.     This action is not barred by any prior state or federal enforcement action addressing the violations alleged in this Complaint.

9.     The Commonwealth has an interest in protecting for its residents the integrity of Massachusetts waters, and the related health, safety, economic, recreational, aesthetic, and environmental benefits those waters provide. The interests of the Commonwealth have been, are being, and will continue to be adversely affected by FBS's failure to comply with the Clean Water Act, as alleged in this Complaint. The requested relief will redress the harms to the Commonwealth caused by FBS's activities. Defendant's continuing acts and omissions, as alleged in this Complaint, will irreparably harm the Commonwealth, for which harm it has no plain, speedy, or adequate remedy at law.

10.     Venue is proper in the District Court of Massachusetts pursuant to Section 505(c)(1) of the Act, 33 U.S.C. § 1365(c)(1), because the source of the violations is located within this judicial district.

## PARTIES

11.     Plaintiff is the Commonwealth, appearing by and through the Attorney General.

12.     The Attorney General is the chief law officer of the Commonwealth, with offices at One Ashburton Place, Boston, Massachusetts. She is authorized to bring this action and to seek the requested relief under G.L. c. 12, §§ 3 and 11D.

13.     Defendant FBS Tire Recycling, Inc. is a domestic corporation with its principal address listed as 356 Ayer Road, Littleton, Massachusetts.

## STATUTORY BACKGROUND

### Federal Clean Water Act Requirements

14.     The Clean Water Act makes the discharge of pollution into waters of the United States unlawful unless the discharge is in compliance with certain statutory requirements, including the requirement that the discharge comply with the terms of a permit issued by EPA under the National Pollutant Discharge Elimination System ("NPDES"). *See* Sections 301(a), 402(a) and 402(p) of the Act, 33 U.S.C. §§ 1311(a), 1342(a), 1342(p).

15.     Stormwater is the leading cause of water quality impairment in Massachusetts. During every rain or snowmelt event, runoff flows over the land surface, picking up potential pollutants such as sediment, organic matter, nutrients, and metals. Polluted stormwater runoff can be harmful to plants, animals, and people.

### *General Industrial Stormwater Permit*

16.     To minimize polluted stormwater discharges from industrial facilities, EPA has issued a Stormwater Permit under the NPDES program. *See* 60 Fed. Reg. 50804 (Sept. 29, 1995); 65 Fed. Reg. 64746 (Oct. 30, 2000); 73 Fed. Reg. 56572 (Sept. 29, 2008); 80 Fed. Reg. 34403 (June 4, 2015); 86 Fed. Reg. 10269 (Feb. 19, 2021).[1]

17.     Owners and operators of facilities that acquire, stockpile, and process scrap tires and discharge industrial stormwater to waters of the United States are subject to the requirements of this Stormwater Permit. Stormwater Permit, Appendix D-4 (Sector N).

---

[1] The February 2021 revision of the Stormwater Permit ("2021 Stormwater Permit") is substantially similar to the 2015 version ("2015 Stormwater Permit"), except that the 2021 Stormwater Permit eliminated iron as a sector-specific benchmark for Sector N. Where there is a difference in citations due to numbering, this Complaint provides citations to each of the revisions. Where there is no difference in section numbering, this Complaint refers to the two versions jointly as "Stormwater Permit."

18.  The Stormwater Permit requires the Facility to, among other things:

a.  prepare a SWPPP for the Facility that, among other things, includes the location of all stormwater outfalls, 2015 Stormwater Permit Section 5.2.2; 2021 Stormwater Permit Section 6.2;

b.  submit a "complete and accurate Notice of Intent" for the Facility that lists all stormwater outfalls by a unique 3-digit code and corresponding latitude and longitude coordinates, Stormwater Permit Appendix G; 2015 Stormwater Permit Section 1.2.1; 2021 Stormwater Permit Section 1.3;

c.  select, design, install, and implement pollutant control measures that minimize pollutants in stormwater discharges in accordance with the requirements of Section 2 of the Stormwater Permit and any additional pollutant control requirements applicable to waste recycling Facilities, Stormwater Permit Sections 2.1 and 8.N;

d.  minimize contact of stormwater runoff with industrial materials, scrap processing equipment, and scrap processing areas, Stormwater Permit Section 8.N.3.1.2;

e.  keep clean all exposed areas that are potential sources of pollutants by storing materials in appropriate containers, properly controlling runoff associated with dumpsters, and keeping exposed areas free of waste, garbage and floatable debris, Stormwater Permit Section 2.1.2.2;

f.  minimize generation of dust and off-site tracking of industrial materials in order to minimize pollutant discharges, Stormwater Permit Section 2.1.2.10;

g.  collect and analyze stormwater samples for compliance with EPA benchmarks that apply to waste recycling facilities, including for lead, zinc, aluminum, iron,[2] copper,

---

[2]  *See supra* note 1.

chemical oxygen demand ("COD"), and total suspended solids ("TSS"), 2015 Stormwater Permit, Sections 4 and 8.N.6; 2021 Stormwater Permit Sections 4 and 8.N.7;

h.  conduct routine Facility inspections at least quarterly and quarterly visual assessments to, among other things, sample and assess the quality of the Facility's stormwater discharges, ensure that stormwater control measures required by the permit are functioning correctly and are adequate to minimize pollutant discharge, and timely perform sufficient corrective actions and additional implementation measures when they are not, Stormwater Permit Sections 3.1 and 3.2;

i.  report all benchmark monitoring data to EPA within mandatory deadlines, 2021 Stormwater Permit Section 7.4; 2021 Stormwater Permit Section 7.3; and

j.  conduct and document sufficient corrective action within mandatory timelines to expeditiously eliminate excessive stormwater pollution whenever the average of four quarterly sampling results exceeds an applicable benchmark, 2015 Stormwater Permit Sections 2.1 and 4; 2021 Stormwater Permit Sections 2.1 and 4.

*Citizen Suit Provision of the Federal Clean Water Act*

19.  Section 505(a)(1) of the Act authorizes enforcement actions by any "person" against any "person," including individuals, corporations, or partnerships, for violations of NPDES permit requirements and for unpermitted discharges of pollutants. 33 U.S.C. §§ 1365(a)(1) and (f), 1362(5).

20.  The Commonwealth is a "person" having an interest which is or may be adversely affected by unauthorized discharges of polluted stormwater. *See* 33 U.S.C. § 1365(g).

21.     Under Section 505 of the Act, this Court has authority to enjoin FBS's violations of the Act's prohibition of unauthorized discharges of pollutants and to require the companies to comply with the Stormwater Permit. The Court also has authority to impose penalties of up to $64,618 per day for each of the Company's violations. *See* 33 U.S.C. §§ 1365(a); 1319(d); 40 C.F.R. § 19.4; 88 Fed. Reg. 989 (Jan. 6, 2023).

**STATEMENT OF FACTS**

**<u>Description of the FBS Facility and the Activities Conducted There</u>**

22.     Since January 2018, Defendant FBS has operated a large tire recycling facility at Berkshire Boulevard and Willow Road in Ayer, Massachusetts. FBS acquires used tires from across New England and processes them to produce tire-derived fuel and reclaimed steel.

23.     The FBS Facility consists of the Main Facility and the adjacent Northwest Annex.

24.     The FBS Facility is located in an area that has been designated by the Commonwealth as an environmental justice community because it has the potential to be disproportionately impacted by environmental harms and risks.

25.     The FBS Facility is located with 500 yards of numerous residential properties.

26.     The FBS Facility is located in a partially wooded area. Wetlands and the Bennetts Brook Tributary border the northern edge of the Main Facility. The adjacent wetlands and the approximate location of the Bennetts Brook Tributary are depicted on Exhibit A.

27.     On or around March 8, 2018, FBS submitted a Notice of Intent to be covered by the Stormwater Permit. The Notice of Intent, which covered activities at the Main Facility and did not include activities at the Northwest Annex, designated two outfalls, "Outfall 001," GPS coordinates listed as +42.3325, -71.323611 and "Outfall 002," GPS coordinates listed as +43.3325, -71.323611. These outfalls are depicted on Exhibit B.

*Stormwater Discharges from the Main Facility*

28.    FBS stores and processes the majority of its scrap materials, including, among other things, tires, tire components, tire fragments, and scrap steel ("Industrial Material") at the Main Facility.

29.    FBS moves Industrial Material around the Main Facility, dropping it into large piles, in uncovered containers, and onto the ground. Industrial Material that FBS places or drops on the ground mixes with other sediments on the ground.

30.    Pollutants from activities at the Main Facility are picked up by vehicle tires and tracked around and over the Northwest Annex.

31.    During every rain or snowmelt event, runoff flows over Industrial Material, equipment, and the ground surface at the Main Facility.

32.    Stormwater that flows over the Main Facility picks up pollutants and flows into the Bennetts Brook Tributary through two outfalls designated as "Outfall 001" and "Outfall 002". The location of the Main Facility and the approximate location of its Outfalls, catch basins, and the direction of its stormwater flow are depicted on an aerial photograph annotated by the Attorney General's Office and submitted herewith as Exhibit B.

33.    During the rain events listed on Exhibit C, FBS has discharged polluted stormwater from the Main Facility and into the Bennetts Brook Tributary.

34.    Stormwater discharges from the Main Facility contain a myriad of pollutants including lead, zinc, iron,[3] aluminum, copper, COD, and TSS.

---

[3] *See supra* note 1.

*Stormwater Discharges from the Northwest Annex*

35.     FBS uses the Northwest Annex for outdoor storage of Industrial Material, containers, vehicles, and equipment.

36.     Pollutants are present on Industrial Material, containers, vehicles, equipment, and the ground surface at the Northwest Annex.

37.     During every rain or snowmelt event, stormwater runoff flows over Industrial Material, containers, vehicles, equipment, and the ground surface at the Northwest Annex.

38.     Stormwater that flows over the Northwest Annex picks up pollutants and discharges through a drainage swale into the Bennetts Brook Tributary.

39.     The location of the Northwest Annex and the approximate location of the drainage swale, and the direction of its stormwater flow are depicted on an aerial photograph annotated by the Attorney General's Office and submitted herewith as Exhibit D.

40.     During the rain events listed on Exhibit C, FBS has discharged polluted stormwater from the Northwest Annex into the Bennetts Brook Tributary.

41.     Stormwater discharges from the Northwest Annex likely contain a myriad of pollutants including lead, zinc, iron,[4] aluminum, copper, COD, and TSS.

*Excessive Pollutants in Stormwater Discharges from Main Facility*

42.     FBS's monitoring reports consistently show that the presence of pollutants in its stormwater discharges from Outfalls 001 and 002 at the Main Facility routinely exceed by large orders of magnitude EPA benchmark limits for lead, zinc, aluminum, iron,[5] copper, COD, and TSS. Failure to take sufficient corrective action following persistent benchmark monitoring

---

[4] *See supra* note 1.
[5] *See supra* note 1.

exceedances constitutes a violation of the Stormwater Permit. *See* Table 1: Benchmark

Exceedances Since 2018.

### Table 1: Benchmark Exceedances Since 2018

| Outfall | Quarter End Date | Parameter | EPA Benchmark Value | Amount in Sample | Percentage of benchmark |
|---------|------------------|-----------|---------------------|------------------|------------------------|
| 001 | 9/30/2018 | Iron | 1 mg/L | 3.57 mg/L | 357 % |
| 001 | | Copper | 5.6 µg/L | 20 µg/L | 357.14 % |
| 001 | | Zinc | 0.05 mg/L | 0.058 mg/L | 116 % |
| 002 | | Iron | 1 mg/L | 14.6 mg/L | 1460 % |
| 002 | | Aluminum | 0.75 mg/L | 2.73 mg/L | 364 % |
| 002 | | Copper | 5.6 µg/L | 52 µg/L | 928.57 % |
| 002 | | Zinc | 0.05 mg/L | 0.214 mg/L | 428 % |
| 001 | 12/31/2018 | Iron | 1 mg/L | 169 mg/L | 16900 % |
| 001 | | Aluminum | 0.75 mg/L | 28.6 mg/L | 3813.33 % |
| 001 | | Copper | 5.6 µg/L | 850 µg/L | 15178.57 % |
| 001 | | Zinc | 0.05 mg/L | 3.7 mg/L | 7400 % |
| 002 | | Iron | 1 mg/L | 7.8 mg/L | 780 % |
| 002 | | Copper | 5.6 µg/L | 34 µg/L | 607.14 % |
| 001 | 3/31/2019 | Iron | 1 mg/L | 7.93 mg/L | 793 % |
| 001 | | Aluminum | 0.75 mg/L | 2.65 mg/L | 353.33 % |
| 001 | | Copper | 5.6 µg/L | 44 µg/L | 785.71 % |
| 001 | | Zinc | 0.05 mg/L | 0.131 mg/L | 262 % |
| 002 | | Iron | 1 mg/L | 15.2 mg/L | 1520 % |
| 002 | | Copper | 5.6 µg/L | 40 µg/L | 714.29 % |
| 002 | | Zinc | 0.05 mg/L | 0.267 mg/L | 534 % |
| 002 | 6/30/2019 | Iron | 1 mg/L | 14.4 mg/L | 1440 % |
| 002 | | Copper | 5.6 µg/L | 25 µg/L | 446.43 % |
| 002 | | Zinc | 0.05 mg/L | 0.206 mg/L | 412 % |
| 001 | 9/30/2019 | Iron | 1 mg/L | 13.9 mg/L | 1390 % |
| 001 | | Aluminum | 0.75 mg/L | 2.28 mg/L | 304 % |
| 001 | | Copper | 5.6 µg/L | 51 µg/L | 910.71 % |
| 001 | | Zinc | 0.05 mg/L | 0.196 mg/L | 392 % |
| 002 | | Iron | 1 mg/L | 9.77 mg/L | 977 % |
| 002 | | Copper | 5.6 µg/L | 39 µg/L | 696.43 % |
| 002 | | Zinc | 0.05 mg/L | 0.18 mg/L | 360 % |
| 001 | 12/31/2019 | Iron | 1 mg/L | 7.66 mg/L | 766 % |
| 001 | | Aluminum | 0.75 mg/L | 5.78 mg/L | 770.67 % |
| 001 | | Copper | 5.6 µg/L | 19 µg/L | 339.29 % |
| 001 | | Zinc | 0.05 mg/L | 0.142 mg/L | 284 % |
| 002 | | Iron | 1 mg/L | 5.93 mg/L | 593 % |
| 002 | | Aluminum | 0.75 mg/L | 2.5 mg/L | 333.33 % |

| Outfall | Quarter End Date | Parameter | EPA Benchmark Value | Amount in Sample | Percentage of benchmark |
|---------|------------------|-----------|---------------------|------------------|-------------------------|
| 002 | | Copper | 5.6 µg/L | 24 µg/L | 428.57 % |
| 002 | | Zinc | 0.05 mg/L | 0.118 mg/L | 236 % |
| 001 | 3/31/2020 | Lead | 0.023 mg/L | 0.052 mg/L | 226.09 % |
| 001 | | TSS | 100 mg/L | 294 mg/L | 294 % |
| 001 | | Iron | 1 mg/L | 27.6 mg/L | 2760 % |
| 001 | | Aluminum | 0.75 mg/L | 9.4 mg/L | 1253.33 % |
| 001 | | Copper | 5.6 µg/L | 107 µg/L | 1910.71 % |
| 001 | | Zinc | 0.05 mg/L | 0.473 mg/L | 946 % |
| 002 | | Lead | 0.023 mg/L | 0.043 mg/L | 186.96 % |
| 002 | | TSS | 100 mg/L | 234 mg/L | 234 % |
| 002 | | Iron | 1 mg/L | 18.2 mg/L | 1820 % |
| 002 | | Aluminum | 0.75 mg/L | 7.2 mg/L | 960 % |
| 002 | | Copper | 5.6 µg/L | 65 µg/L | 1160.71 % |
| 002 | | Zinc | 0.05 mg/L | 0.351 mg/L | 702 % |
| 001 | 9/30/2020 | TSS | 100 mg/L | 176 mg/L | 176 % |
| 001 | | Iron | 1 mg/L | 12.4 mg/L | 1240 % |
| 001 | | Aluminum | 0.75 mg/L | 7.36 mg/L | 981.33 % |
| 001 | | Copper | 5.6 µg/L | 36 µg/L | 642.86 % |
| 001 | | Zinc | 0.05 mg/L | 0.246 mg/L | 492 % |
| 002 | | Lead | 0.023 mg/L | 0.042 mg/L | 182.61 % |
| 002 | | TSS | 100 mg/L | 270 mg/L | 270 % |
| 002 | | Iron | 1 mg/L | 17.8 mg/L | 1780 % |
| 002 | | Aluminum | 0.75 mg/L | 7.01 mg/L | 934.67 % |
| 002 | | COD | 120 mg/L | 177 mg/L | 147.50 % |
| 002 | | Copper | 5.6 µg/L | 68 µg/L | 1214.29 % |
| 002 | | Zinc | 0.05 mg/L | 0.508 mg/L | 1016 % |
| 001 | 12/31/2020 | Lead | 0.023 mg/L | 0.027 mg/L | 117.39 % |
| 001 | | TSS | 100 mg/L | 201 mg/L | 201 % |
| 001 | | Iron | 1 mg/L | 15.3 mg/L | 1530 % |
| 001 | | Aluminum | 0.75 mg/L | 7.3 mg/L | 973.33 % |
| 001 | | Copper | 5.6 µg/L | 42 µg/L | 750 % |
| 001 | | Zinc | 0.05 mg/L | 0.276 mg/L | 552 % |
| 002 | | Lead | 0.023 mg/L | 0.096 mg/L | 417.39 % |
| 002 | | TSS | 100 mg/L | 597 mg/L | 597 % |
| 002 | | Iron | 1 mg/L | 54.5 mg/L | 5450 % |
| 002 | | Aluminum | 0.75 mg/L | 16.1 mg/L | 2146.67 % |
| 002 | | COD | 120 mg/L | 256 mg/L | 213.33 % |
| 002 | | Copper | 5.6 µg/L | 144 µg/L | 2571.43 % |
| 002 | | Zinc | 0.05 mg/L | 0.914 mg/L | 1828 % |
| 001 | 3/31/2021 | Lead | 0.023 mg/L | 0.061 mg/L | 265.22 % |
| 001 | | TSS | 100 mg/L | 229 mg/L | 229 % |

| Outfall | Quarter End Date | Parameter | EPA Benchmark Value | Amount in Sample | Percentage of benchmark |
|---------|------------------|-----------|---------------------|------------------|-------------------------|
| 001 | | Iron | 1 mg/L | 15.2 mg/L | 1520 % |
| 001 | | Aluminum | 0.75 mg/L | 7.66 mg/L | 1021.33 % |
| 001 | | COD | 120 mg/L | 180 mg/L | 150 % |
| 001 | | Copper | 5.6 µg/L | 47 µg/L | 839.29 % |
| 001 | | Zinc | 0.05 mg/L | 0.194 mg/L | 388 % |
| 002 | | Lead | 0.023 mg/L | 0.035 mg/L | 152.17 % |
| 002 | | TSS | 100 mg/L | 158 mg/L | 158 % |
| 002 | | Iron | 1 mg/L | 13.2 mg/L | 1320 % |
| 002 | | Aluminum | 0.75 mg/L | 5.22 mg/L | 696 % |
| 002 | | COD | 120 mg/L | 127 mg/L | 105.83 % |
| 002 | | Copper | 5.6 µg/L | 34 µg/L | 607.14 % |
| 002 | | Zinc | 0.05 mg/L | 0.3 mg/L | 600 % |
| 001 | 9/30/2021 | Lead | 24 µg/L | 27 µg/L | 112.5 % |
| 001 | | TSS | 100 mg/l | 213 mg/l | 213 % |
| 001 | | Aluminum | 1,100 µg/L | 6,620 µg/L | 601.82% |
| 001 | | Copper | 5.19 µg/L | 49 µg/L | 944.12% |
| 001 | | Zinc | 52 µg/L | 334 µg/L | 642.31% |
| 002 | | Lead | 24 µg/L | 25 µg/L | 104.17% |
| 002 | | TSS | 100 mg/l | 155 mg/l | 155% |
| 002 | | Aluminum | 1,100 µg/L | 3,500 µg/L | 318.18% |
| 002 | | Copper | 5.19 µg/L | 36 µg/L | 693.64% |
| 002 | | Zinc | 52 µg/L | 271 µg/L | 521.15% |
| 001 | 9/30/2021 (2) [6] | Lead (2) | 24 µg/L | 27 µg/L | 103.85% |
| 001 | | TSS (2) | 100 mg/l | 172 mg/l | 172% |
| 001 | | Aluminum (2) | 1,100 µg/L | 6,860 µg/L | 623.64% |
| 001 | | Copper (2) | 5.19 µg/L | 44 µg/L | 847.78% |
| 001 | | Zinc (2) | 52 µg/L | 306 µg/L | 588.46% |
| 002 | | TSS (2) | 100 mg/l | 144 mg/l | 144% |
| 002 | | Aluminum (2) | 1,100 µg/L | 3,925 µg/L | 356.82% |
| 002 | | Copper (2) | 5.19 µg/L | 30 µg/L | 578.03% |
| 002 | | Zinc (2) | 52 µg/L | 262 µg/L | 503.85% |
| 002 | 12/31/2021 | Aluminum | 1,100 µg/L | 1,720 µg/L | 156.36% |
| 002 | | Zinc | 52 µg/L | 171 µg/L | 328.85% |

[6] FBS submitted two rounds of discharge monitoring results during the third quarter of 2021. Results submitted in the second round of monitoring are designated with the number 2.

*Inadequate Monitoring and Reporting of Stormwater Discharge*

43.     FBS has failed to consistently perform and submit to EPA benchmark monitoring reports on the quantity of pollutants in stormwater that it discharges through Outfall 001 and Outfall 002. FBS failed to monitor and report on its compliance with benchmark limits at Outfall 001 and Outfall 002 for the parameters and quarters specified below.

**Table 2: Quarters and Parameters for which FBS Failed to Submit Benchmark Monitoring Data**

| Outfall | Quarter End Date | Parameter |
|---|---|---|
| 001 | 9/30/2018 | Lead |
| 001 | 9/30/2018 | TSS |
| 001 | 9/30/2018 | COD |
| 002 | 9/30/2018 | Lead |
| 002 | 9/30/2018 | TSS |
| 002 | 9/30/2018 | COD |
| 001 | 12/31/2018 | Lead |
| 001 | 12/31/2018 | TSS |
| 001 | 12/31/2018 | COD |
| 002 | 12/31/2018 | Lead |
| 002 | 12/31/2018 | TSS |
| 002 | 12/31/2018 | Aluminum |
| 002 | 12/31/2018 | COD |
| 002 | 12/31/2018 | Zinc |
| 001 | 3/31/2019 | Lead |
| 001 | 3/31/2019 | TSS |
| 001 | 3/31/2019 | COD |
| 002 | 3/31/2019 | Lead |
| 002 | 3/31/2019 | TSS |
| 002 | 3/31/2019 | Aluminum |
| 002 | 3/31/2019 | COD |
| 001 | 6/30/2019 | Lead |
| 001 | 6/30/2019 | TSS |
| 001 | 6/30/2019 | COD |
| 002 | 6/30/2019 | Lead |
| 002 | 6/30/2019 | TSS |
| 002 | 6/30/2019 | Aluminum |
| 002 | 6/30/2019 | COD |

| Outfall | Quarter End Date | Parameter |
|---------|------------------|-----------|
| 001 | 9/30/2019 | Lead |
| 001 | 9/30/2019 | TSS |
| 001 | 9/30/2019 | COD |
| 002 | 9/30/2019 | Lead |
| 002 | 9/30/2019 | TSS |
| 002 | 9/30/2019 | Aluminum |
| 002 | 9/30/2019 | COD |

*Resources Affected by Defendant's Discharges of Polluted Stormwater*

44.     The tributary creeks and wetlands within the Bennetts Brook watershed are important in protecting aquatic resources by acting as a natural filtering system for water quality, by preventing downstream flooding, and by providing natural habitats to native species.

45.     Bennetts Brook flows to Spectacle Pond. There are three drinking water wells located adjacent to Spectacle Pond, two of which serve the Town of Ayer and the other of which serves the Town of Littleton.

46.     Bennetts Brook has been designated by the Commonwealth as Core Habitat for Blanding's Turtle, a state-listed threatened species. "Core Habitat" is critical for the long-term persistence of these and other species of conservation concern. Bennetts Brook and the surrounding wetlands have been the subject of numerous conservation and habitat management efforts to create and maintain suitable nesting locations for the Blanding's Turtle. According to the Massachusetts Department of Fish & Game, protection of Core Habitat "is essential to safeguard

the diversity of species and their habitats, intact ecosystems, and resilient natural landscapes across Massachusetts." [7]

*Potential Impacts from Pollutants in Defendants' Stormwater Discharges*

47.     Steel is used in the manufacturing of tires to increase tire durability and is removed from tires during the tire recycling process. Lead is commonly used as an additive in the steel making process to improve the machinability of the steel. Adverse effects of lead in water on aquatic species occur at very low concentrations, and include reduced survival, impaired reproduction, and reduced growth. Even at low levels, lead may cause a range of human health effects, including learning disabilities, kidney problems, and high blood pressure. Children are particularly vulnerable to impacts from lead contamination.

48.     Adverse effects of excessive dissolved zinc among aquatic species include altered behavior, blood and serum chemistry, impaired reproduction, and reduced growth.

49.     Elevated levels of aluminum can affect some species' ability to regulate ions, like salts, and inhibit respiratory functions, like breathing. Aluminum can accumulate on the surface of a fish's gill, leading to respiratory dysfunction, and possibly death.

50.     Copper at high concentrations has a negative impact on fish and wildlife and may impact predator avoidance behaviors, growth, and migration.

51.     COD is a measurement of organic matter in water. Excessive discharges of organic matter pose a risk of harm to water quality and aquatic life. When high levels of organic matter are discharged to a waterbody, the presence of bacteria, fungi, and other decomposer organisms increases. The presence of decomposer organisms and the decomposition process lowers the

---

[7] Massachusetts Department of Fish & Game, Division of Fisheries & Wildlife and The Nature Conservancy, BioMap2: Conserving the Biodiversity of Massachusetts in a Changing World (2010).

available oxygen in the water, impairing other aquatic organisms or, in severe cases, asphyxiating them.

52.    TSS is an indicator parameter that measures the presence of solids, or sediment, suspended in a water sample. Solids in tire recycling facility stormwater discharges are likely to include non-dissolved metal particles and contaminated soil. Even uncontaminated sediment destroys habitat, harms aquatic organisms, and can contribute to flooding. Sediment settles to the bottom of a river where it disrupts and smothers bottom feeding organisms. Sediment becomes suspended in water, where it harms and kills fish by clogging their gills, making it harder for them to breathe. Excessive sedimentation harms the entire food chain by destroying habitat and killing the smaller organisms on which larger ones depend. For example, sediment in the water column increases turbidity, reducing light penetration, decreasing the ability of plant communities to photosynthesize, preventing animals from seeing food, and reducing fish populations. In addition, other pollutants, including toxic pollutants such as heavy metals, and pesticides, bind to sediment and can significantly impact water quality when carried by stormwater to rivers and other waterbodies.

### FBS's Violations of the Stormwater Permit at the Main Facility

53.    FBS has violated the Stormwater Permit since at least February 1, 2018 by failing to do the following:

a.   prepare a SWPPP for the Facility that, among other things, includes the location of all stormwater outfalls, including outfalls on the Northwest Annex (violations of 2015 Stormwater Permit Section 5.2.2; 2021 Stormwater Permit Section 6.2);

b.   submit a "complete and accurate Notice of Intent" for the Facility that lists all stormwater outfalls, including outfalls on the Northwest Annex (violations of

Stormwater Permit Appendix G; 2015 Stormwater Permit Section 1.2.1; 2021 Stormwater Permit Section 1.3);

c.  select, design, install, and implement pollutant control measures that minimize pollutants in stormwater discharges in accordance with the requirements of Section 2 of the Stormwater Permit and any additional pollutant control requirements applicable to waste recycling Facilities (violations of Stormwater Permit Sections 2.1 and 8.N);

d.  minimize contact of stormwater runoff with Industrial Materials, tire processing equipment, and tire processing areas (violations of Stormwater Permit Section 8.N.3.1.2);

e.  keep clean all exposed areas that are potential sources of pollutants by storing materials in appropriate containers, properly controlling runoff associated with dumpsters, and keeping exposed areas free of waste, garbage and floatable debris (violations of Stormwater Permit Section 2.1.2.2);

f.  minimize generation of dust and off-site tracking of Industrial Materials in order to minimize pollutant discharges (violations of Stormwater Permit Section 2.1.2.10);

g.  collect and analyze stormwater samples for compliance with EPA benchmarks that apply to waste recycling facilities, including for lead, zinc, aluminum, iron, [8] copper, COD and TSS during the quarters set forth in paragraph 39, above (violations of 2015 Stormwater Permit, Sections 4 and 8.N.6; 2021 Stormwater Permit Sections 4 and 8.N.7);

---

[8] *See supra* note 1.

h.  conduct routine Facility inspections at least quarterly and quarterly visual assessments to, among other things, sample and assess the quality of the Facility's stormwater discharges, ensure that stormwater control measures required by the permit are functioning correctly and are adequate to minimize pollutant discharge, and timely perform sufficient corrective actions when they are not (violations of Stormwater Permit Sections 3.1. and 3.2);

i.  report all benchmark monitoring data to EPA within mandatory deadlines, including benchmark monitoring data for the quarters identified in paragraph 43 (violations 2021 Stormwater Permit section 7.4; 2021 Stormwater Permit Section 7.3); and

j.  conduct benchmarking monitoring for stormwater from the Northwest Annex as shown in Exhibit D. These stormwater discharges were not included in FBS's Notice of Intent and are not authorized by any Stormwater Permit.

54.  FBS has violated the Stormwater Permit since at least November 14, 2018 by failing to do the following:

a.  conduct and document sufficient corrective action to expeditiously eliminate excessive stormwater pollution as shown by the fact that the average of four quarterly sampling results exceeded an applicable benchmark as of that date (violations of 2015 Stormwater Permit Sections 2.1 and 4; 2021 Stormwater Permit Sections 2.1 and 4).

**FIRST CAUSE OF ACTION**
**Noncompliance with the Federal Stormwater Permit:**
**Violations of Section 301(a) of the Federal Clean Water Act, 33 U.S.C. § 1311(a) against**
**Defendant FBS**

55.     The Commonwealth realleges and incorporates by reference the allegations contained in the above paragraphs.

56.     FBS Tire Recycling, Inc. is a "person" within the meaning of Section 502(5) of the Clean Water Act, 33 U.S.C. § 1362(5).

57.     Bennetts Brook and its tributaries are "navigable waters" within the meaning of Section 502(7) of the Clean Water Act, 33 U.S.C. § 1362(7).

58.     FBS has violated the Stormwater Permit since at least February 1, 2018, by failing to comply with its terms, as set forth in paragraph 53 and 54.

59.     Each of FBS's violations of each of the requirements of the Stormwater Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a), for each day on which the violation occurred and/or continued. *See also* Section 505(a)(1) and (f), 33 U.S.C. §§ 1365(a)(1) and (f).

60.     These violations establish an ongoing pattern of failure to comply with the Stormwater Permit's requirements.

**SECOND CAUSE OF ACTION**
**Discharges of Industrial Stormwater Without a Federal Stormwater Permit:**
**Violations of Section 301(a) of the Federal Clean Water Act, 33 U.S.C. § 1311(a)**
**Against Defendant FBS**

61.     The Commonwealth realleges and incorporates by reference the allegations contained in the above paragraphs.

62.   By discharging industrial stormwater from the Northwest Annex into the Bennetts Brook Tributary without a Stormwater Permit, FBS has violated and continue to violate Section 301(a) of the Act, 33 U.S.C. § 1311(a).

63.   Each day since at least February 1, 2018 to the present that FBS discharged industrial stormwater from the Northwest Annex into the Bennetts Brook Tributary without a Stormwater Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a), for each day on which the violation occurred and/or continued. See also Sections 505(a)(1) and (f), 33 U.S.C. §§1365(a)(1) and (f).

## RELIEF REQUESTED

WHEREFORE, the Commonwealth respectfully requests that this Court grant the following relief:

1.   Require FBS to comply with EPA's federal Stormwater Permit at the Facility;

2.   Require FBS to obtain coverage under the federal Stormwater Permit for discharges from the Northwest Annex and ensure that those discharges comply with the Stormwater Permit's terms;

3.   Order FBS and to pay civil penalties of up to $64,618 per day for each of the Company's violations. *See* 33 U.S.C. §§ 1365(a); 1319(d); 40 C.F.R. § 19.4; 88 Fed. Reg. 989 (Jan. 6, 2023);

4.   Order FBS to take appropriate actions to restore the quality of wetlands and waterways impaired by its activities;

5.   Award the Commonwealth's costs (including reasonable investigative, attorney, witness, and consultant fees) as authorized by the Act, 33 U.S.C. § 1365(d); and

6.   Award any such other and further relief as this Court may deem appropriate.

Dated: April 12, 2023

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

_EField_____

Emily Mitchell Field (Bar No. 703726)
Nora J. Chorover (Bar No. 547352)
Assistant Attorneys General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Tel: (617) 963-2207
Emily.Field@mass.gov

EXHIBIT A



EXHIBIT B



**EXHIBIT C**

DAYS BETWEEN MARCH 31, 2018, AND MARCH 31, 2023 ON WHICH STORMWATER
FROM FACILITY DISCHARGED INTO WATERS OF THE UNITED STATES

| Year | Month | Date |
|------|-------|------|
| 2018 | April | 3, 16, 25, 27 |
| | May | 15, 20 |
| | June | 4, 25, 28 |
| | July | 6, 17, 26 |
| | August | 8, 11, 18, 22 |
| | September | 10, 11, 18, 25, 26 |
| | October | 11, 27, 29 |
| | November | 2, 3, 6, 9, 13, 16, 19, 20, 26, 27 |
| | December | 2, 16, 21, 28, 31 |
| 2019 | January | 24 |
| | February | 6, 12, 13, 21 |
| | March | 4, 10, 15, 22 |
| | April | 8, 15, 20, 22, 26, 27 |
| | May | 13, 28 |
| | June | 2, 11, 13, 29 |
| | July | 6, 11, 12, 22, 23 |
| | August | 7, 21, 28 |
| | September | 2, 26 |
| | October | 2, 16, 17, 27 |
| | November | 7, 24, 27 |
| | December | 1, 9, 17, 30 |
| 2020 | January | 18, 25 |
| | February | 6, 7, 13, 18, 27 |
| | March | 13, 19, 23, 29 |
| | April | 3, 9, 13, 18, 27 |
| | May | 1 |
| | June | 28 |
| | July | 2, 22 |
| | August | 2, 29 |
| | September | 10, 30 |
| | October | 13, 16, 17, 29 |
| | November | 1, 15, 23, 26, 30 |
| | December | 5, 12, 25 |

EXHIBIT C – Page 1

| Year | Month | Date |
|------|-------|------|
| 2021 | January | 2, 16 |
| | February | 1, 7, 16 |
| | March | 18, 28 |
| | April | 1, 16, 29 |
| | May | 4, 5, 10, 26, 28, 29, 30 |
| | June | 12, 14, 15, 22, 30 |
| | July | 1, 2, 3, 6, 8, 9, 12, 18, 27 |
| | August | 5, 9, 19, 22, 23 |
| | September | 1, 2, 9, 16, 28 |
| | October | 4, 5, 25, 26, 30, 31 |
| | November | 12 |
| | December | 11, 18 |
| 2022 | January | 17 |
| | February | 4, 7, 18, 22, 25 |
| | March | 12, 19, 24, 25 |
| | April | 1, 8, 9, 16, 19, 26 |
| | June | 8, 9, 27 |
| | July | 14 |
| | September | 5, 6, 19, 22 |
| | October | 5, 14, 17 |
| | November | 11, 16, 27, 30 |
| | December | 7, 16, 22, 23 |
| 2023 | January | 3, 12, 19, 20, 23, 25, 26 |
| | February | 23, 28 |
| | March | 2, 4, 13, 14 |

EXHIBIT C – Page 2

EXHIBIT D

